No. 4,608.—FALLON COUNTY et al., Respondents, *v.* L. A. THOMPSON, Admr., Appellant.

*Appeal from District Court, Fallon County.*

Decided April 26, 1920.

PER CURIAM.—Upon motion of respondents herein, the appeal in the above-entitled cause is dismissed.

*Mr. P. C. Cornish,* for Respondents.